1  Eric G. Wallis (SBN 67926)
   ewallis@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
4  Facsimile: +1 415 391 8269

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. HOLCK, Individually and as Trustee of the Trust Agreement of Stephen C. Holck, Dated July 9, 2007 Under Agreement Dated September 10, 2007,<br><br>Plaintiff,<br><br>vs.<br><br>BNY MELLON, N.A., et al.,<br><br>Defendants. | No. 2:11-cv-01385-RGK (CWx)<br><br>**DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff Stephen C. Holck and Defendants BNY Mellon, National Association (sued as "BNY Mellon, N.A."), Ben McGloin and Heidi Benavidez, have reached a settlement of this action,

WHEREAS, Plaintiff and Defendants have filed a Stipulation to Dismiss this action with prejudice, each side to bear its own costs and attorney's fees,

IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice, each side to bear its own costs and attorney's fees.

Dated: July 22, 2011.

*Gary Klausner*
United States District Judge